**Larry D. JOHNSON, Plaintiff—**
Appellant,

v.

**Flora BOYD, Administrator; Kershaw**
County; Thomas Williams, Assistant
Administrator, Kershaw County De-
tention Center; Steve McCaskell,
Sheriff Kershaw County; Lee Boan,
City Investigator; Thomas Williams,
Chief Correctional Officer; Sheriff
Deputy Hathway; Mary Anderson,
Correctional Officer; Correctional

**258**

Officer Alexander; Ms. Claxton, Classification Specialist; Nurse Cook, Detention Center Medical Staff, Defendants—Appellees.

No. 05–7624.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 19, 2006.

Larry Johnson, Appellant Pro Se. James Miller Davis, Jr., Davidson, Morrison & Lindemann, PA, Columbia, South Carolina; Donna Seegars Givens, Woods & Givens, LLP, Lexington, South Carolina; Robert Holmes Hood, Hood Law Firm, Charleston, South Carolina, for Appellees.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry D. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Boyd,* No. CA–04–23044–6–TLW (D.S.C. Sept. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*